UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JERRY MACK MEADOWS and RHONDA MEADOWS, as Co-Administrators of the Estate of JERRY BRIAN MEADOWS, deceased, | ) ) ) ) |
| Plaintiffs, | ) No. 2:19-cv-00006 ) ) |
| v. | ) ) |
| PUTNAM COUNTY, TENNESSEE, et al., | ) ) |
| Defendants. | ) |

## ORDER

Before the Court are the Motions for Summary Judgment of Putnam County, Tennessee (Doc. No. 51) and Eddie Farris, Tim Nash, and Cody Williams (Doc. No. 55). For the reasons stated in the accompanying Memorandum Opinion, Defendants' motions are **GRANTED IN PART** and **DENIED IN PART**. The motions are **GRANTED** on the deliberate indifference claims against Putnam County, Farris, Nash, and Williams and the excessive force claims against Putnam County, Farris, and Nash. The motions are **DENIED** on the excessive force and assault and battery claims against Williams. The Court **DECLINES** to exercise supplemental jurisdiction over the claim brought under the Tennessee Governmental Tort Liability Act. The case is returned to the Magistrate Judge for case management including possible resolution of this case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE